# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-3496

_____

| | | |
|---|---|---|
| Charter Communications, Inc., a corporation, | * * * | |
| Appellee, | * * | Appeal from the United States District Court for the Eastern |
| v. | * * | District of Missouri. |
| Southwestern Bell Telephone Company, a corporation, | * * * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: January 17, 2002

Filed: January 24, 2002

_____

Before BOWMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Southwestern Bell Telephone Company (SWB) appeals from the grant of Charter Communications, Inc.'s request for a preliminary injunction against certain advertising of SWB claimed to be in violation of the Lanham Act and state law. Having considered the record and the parties' arguments, we are satisfied the district

court[*] correctly granted the requested injunction pending trial on the merits. Because the parties' submissions show they are thoroughly familiar with the issues before the court, we believe an extensive discussion is not warranted. Having reviewed SWB's contentions of reversible error and abuse of discretion, we affirm for the reasons explained in the district court's thorough opinion and remand to the district court for further proceedings.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.